Filed 7/28/22  P. v. Lovdal CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(San Joaquin)

----

|  |  |
|---|---|
| THE PEOPLE,<br><br>　　　Plaintiff and Respondent,<br><br>　　v.<br><br>JAKE ANTHONY LOVDAL,<br><br>　　　Defendant and Appellant. | C095520<br><br>(Super. Ct. No. STKCRFE20210011636) |

Appointed counsel for defendant Jake Anthony Lovdal asked this court to review the record and determine whether there are any arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436.)  Finding no arguable error that would result in a disposition more favorable to defendant, we will affirm the judgment.

I

In July 2021, defendant walked out of a store holding several items with a total value of $83 that he did not purchase.  When a store employee confronted him, defendant pushed the employee and left the scene.  An October 2021 complaint alleged one count of

second degree robbery (Pen. Code, § 211; count 1) and one count of misdemeanor petty theft (Pen. Code, § 484, subd. (a); count 2).

In January 2022, pursuant to a negotiated disposition, defendant pleaded no contest to the robbery.  Consistent with the parties' understanding of the negotiated disposition, the trial court sentenced defendant to state prison for the lower term of two years.

## II

Appointed counsel filed an opening brief setting forth the facts of the case and asking this court to review the record and determine whether there are any arguable issues on appeal.  (*People v. Wende, supra*, 25 Cal.3d 436.)  Defendant was advised by counsel of the right to file a supplemental brief within 30 days of the date of filing the opening brief.  More than 30 days elapsed, and we received no communication from defendant.

Having undertaken an examination of the entire record, we find no arguable error that would result in a disposition more favorable to defendant.

## DISPOSITION

The judgment is affirmed.

_____/S/_____
MAURO, J.

We concur:


_____/S/_____
ROBIE, Acting P. J.


_____/S/_____
RENNER, J.

2